PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Joel L. Smith  Case Number: 3:10-00255-01

Name of Judicial Officer: The Honorable Mary Lou Robinson, U. S. District Judge, Northern District of Texas, jurisdiction transferred October 1, 2010, to Honorable Todd J. Campbell, U. S. District Judge

Date of Original Sentence: October 9, 2007

Original Offense: 26 U.S.C. § 7201, Income Tax Evasion

Original Sentence: 30 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: December 31, 2009

Assistant U.S. Attorney: to be determined    Defense Attorney: to be determined

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allowed to terminate from supervision still owing restitution.**

Considered this 10 day of Aug, 2012, and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place   Columbia, Tennessee

Date    August 3, 2012

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The defendant shall make restitution payments of $89,724.95, at the rate of at least $400 per month:**

   Mr. Smith has made his monthly payments as ordered by the Court.

**Compliance with Supervision Conditions and Prior Interventions:**

Joel L. Smith has paid $42,702.84. His term of supervised release is set to expire on December 30, 2012.

**U.S. Probation Officer Recommendation:**

Mr. Smith has paid as instructed by the Court. It is recommended he be allowed to terminate from supervision still owing restitution. If he does not continue to make appropriate payments after his supervision expires, the U.S. Attorney's Office may garnish his income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer